IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**HALBERT JONES**                                                                                            **PLAINTIFF**

V.                              CASE NO. 3:18-CV-97-DPM-BD

**DON CRITTENDEN, et al.**                                                                        **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.     Procedures for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge D.P. Marshall Jr. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.    Discussion**

On May 23, 2018. Plaintiff Halbert Jones, an inmate at the Greene County Detention Facility, filed this civil rights action without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) Although Mr. Jones submitted an *in forma pauperis* (IFP) application, he did not include a completed jail account information sheet as statutorily required.

The Court allowed Mr. Jones thirty days from May 25, 2018, to file a complete IFP application or pay the $400 filing fee. (#3) Mr. Jones was specifically cautioned that his failure to comply with the Court's order could result in dismissal of his claims, without prejudice. To date, Mr. Jones has not complied with the filing fee requirement and the time for doing so has passed.

## III.  Conclusion

Mr. Jones's claims should be DISMISSED, without prejudice, based on his failure to comply with the Court's May 25, 2018 Order.

DATED this 15th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE