IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**HALBERT JONES**                                      **PLAINTIFF**

v.                  No. 3:18-cv-97-DPM

**DON CRITTENDEN**, Jail Administrator,
Greene County Detention; **SKYLAR**,
Sergeant, Greene County Detention Center;
**HARRIS**, CO, GCDC; and **JOHN DOE**,
Bobby, Transporter – GCDC                    **DEFENDANTS**

### ORDER

Jones hasn't objected to the recommendation; his mail is being returned undelivered. № 5. Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 September 2018