# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**HALBERT JONES**                              **PLAINTIFF**

v.                No. 3:18-cv-97-DPM

**DON CRITTENDEN, Jail Administrator,
Greene County Detention; SKYLAR,
Sergeant, Greene County Detention Center;
HARRIS, CO, GCDC; and JOHN DOE,
Bobby, Transporter – GCDC**            **DEFENDANTS**

## JUDGMENT

Jones's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 September 2018